Filed 3/26/14  P. v. Monzon CA2/4

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE, | B249987 |
| Plaintiff and Respondent, | |
| v. | (Los Angeles County Super. Ct. No. KA101787) |
| AARON BELTRAN MONZON, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Jack P. Hunt, Judge.  Affirmed.

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

After waiving his rights to a preliminary hearing and trial, appellant pled no contest to one count of residential burglary (Pen. Code, § 459).  Based on the plea agreement, appellant was sentenced to the low term of two years in state prison.  Thereafter, he filed a timely notice of appeal.

After examining the record, appointed appellate counsel filed a brief raising no issues, but asking this court to independently review the record on appeal pursuant to *People v. Wende* (1979) 25 Cal.3d 436, 441-442.  (See *Smith v. Robbins* (2000) 528 U.S. 259, 264.)  On December 5, 2013, we advised appellant he had 30 days within which to submit by brief or letter any contentions or argument he wished this court to consider.  No response was received.

This court has examined the entire record in accordance with *People v. Wende*, *supra*, 25 Cal.3d at pages 441-442, and is satisfied appellant's attorney has fully complied with the responsibilities of counsel, and no arguable issues exist.  Accordingly, we affirm the judgment of conviction.

**DISPOSITION**

The judgment is affirmed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS.**

MANELLA, J.

We concur:

EPSTEIN, P. J.

EDMON, J.*

_____

* Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.